## BROADWELL *v.* FIELD.

ACCOUNTING — FIDUCIARY RELATIONS — APPEAL AND ERROR —
TRUSTS—ATTORNEY AND CLIENT.

Evidence in a suit for an accounting considered and *held,*
to sustain the decree of the circuit court applying the
rules applicable to the relation of attorney and client
and of trustee and beneficiary.

Appeal from Wayne; Collingwood, J., presiding.
Submitted April 16, 1915. (Docket No. 138.) De-
cided June 7, 1915.

Bill by Allie M. Broadwell against John F. Field
and others for an accounting. From a decree for
complainant, defendants appeal. Affirmed.

*Harry H. Wait* (*Lyle G. Younglove,* of counsel),
for complainant.

*W. I. Robinson* and *R. A. Hawley,* for defendants.

OSTRANDER, J. One purpose of the bill of com-
plaint filed in this cause was to secure an accounting
and settlement with defendant Donovan as trustee,
and also as attorney and legal adviser of complainant.
The appeal involves only the decree of the court below
made upon the accounting. No questions of law are
involved, except that there must be applied, and there
was applied in the court below, the rules of law ap-
plicable as between a trustee and the *cestui que trust*
and an attorney and client. An examination of the
record has satisfied us that the court below reached
a proper conclusion, and its decree ought not to be
disturbed. It is affirmed, with costs of this appeal to
complainant.

BROOKE, C. J., and McALVAY, KUHN, STONE, BIRD,
MOORE, and STEERE, JJ., concurred.